UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL E. KNIGHT,

      Plaintiff,

    v.                              Case No.  2:26-cv-61-KCD-DNF

WARDEN, CHARLOTTE
CORRECTIONAL
INSTITUTION,

      Defendant,

_____/

**ORDER DISMISSING CASE**

Petitioner Paul E. Knight initiated this action by filing a petition for habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) Interpreting the 199-page handwritten petition (with attachments) as best as it is able, the Court concludes that Knight challenges a 1982 conviction for armed robbery entered by the Ninth Judicial Circuit in Orange County, Florida. (*Id.* at 2.)

However, Knight has already challenged this conviction in an earlier habeas action filed under 28 U.S.C. § 2254. *See* Case Number 6:16-cv-50-ORL-18KRS. That case challenged the same conviction and sentence at issue here, and it was dismissed with prejudice on April 20, 2017. Thus, the present petition is a second or successive application for habeas corpus relief. A state prisoner who wishes to file a second or successive habeas corpus petition under § 2254 must request authorization from the appropriate court of appeals before

1

the district court may consider such a petition. *See* 28 U.S.C. § 2244(b)(2), (b)(3)(A). "That requirement cannot be evaded by characterizing the petition as one filed under § 2241 instead of § 2254." *Johnson v. Warden, Ga. Diagnostic & Classification Prison*, 805 F.3d 1317, 1323 (11th Cir. 2015). In short, Knight cannot circumvent the prohibition against successive habeas corpus petitions by simply labeling his petition under § 2241. He is challenging the legality of his state conviction and sentence and "is in custody pursuant to the judgment of [a] Florida court. Therefore § 2254 applies to [Knight's] petition." *Thomas v. Crosby*, 371 F.3d 782, 785–87 (11th Cir. 2004).

Before Knight will be permitted to file a second or successive habeas corpus application in this Court, he must ask the Eleventh Circuit Court of Appeals for an order authorizing it. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Knight the opportunity to seek authorization from the Eleventh Circuit.[1]

Accordingly, it is now **ORDERED:**

1. Paul E. Knight's 28 U.S.C. § 2241 petition is **DISMISSED** without prejudice.

---

[1] Knight should be aware that § 2244(b)(2) limits the circumstances under which the court of appeals will authorize the filing of a second or successive habeas corpus petition. Further, 28 U.S.C. § 2244(d) imposes a time limit on the filing of a habeas corpus petition.

2. The Clerk of the Court is directed to terminate any pending motions, enter judgment, and close this case.

3. The Clerk shall also send Knight an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

**ORDERED** in Fort Myers, Florida on March 5, 2026.

Kyle C. Dudek
United States District Judge